FILED

MAY 10 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-04-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| THOMAS RESSLER, | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion for Alternative Victim Notification Procedures[1] which proposes alternative notice by website postings "on the Department of Justice's publicly accessible website."[2]

The Court has determined the recommended website postings alone do not constitute a "reasonable procedure" that would fulfill "[t]he right to reasonable,

---

[1] Doc. 13.

[2] Doc. 14 at 2.

accurate, and timely notice of any public court proceeding . . . ."[3] given to a crime victim under the Crime Victims' Rights Act ("the Act").

The Court has further determined that: (1) the "multiple crime victims" provision of the Act applies to this case; (2) the number of potential victims in this case makes it impracticable to provide all of the rights provided under 18 U.S.C. § 3771(a); and (3) an alternative notification procedure, in addition to website postings as proposed by the United States, to notify identified and potential victims and ensure compliance with the notice provisions of the Act in a manner "that does not unduly complicate or prolong the proceedings"[4] is warranted.

ORDERED:

1. Counsel for the parties shall meet and confer, address and recommend to the Court with specificity in writing on or before May 18, 2018, a joint alternative victim notification procedure that will ensure compliance with the notice provisions of the Act in a manner "that does not unduly complicate or prolong the proceedings."[5]

2. A hearing to address issues relevant to implementation of the

---

[3] 18 U.S.C. §§ 3771(d)(2) and (a)(2).

[4] 18 U.S.C. § 3771(d)(2).

[5] 18 U.S.C. § 3771(d)(2).

proposed joint alternative victim notification procedure will be set by further order of the Court.

DATED this 10th day of May, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge