IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

MAY 24 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-04-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| THOMAS RESSLER, | |
| Defendant. | |

On May 24, 2018, the Court held a telephone conference call with counsel.

ORDERED:

Defendant Ressler shall file a response to the proposed website posting and the proposed *USA Today* advertisement on or before 5:00 p.m. on May 28, 2018. Defendant Ressler's response shall address his assessment of compliance with the Crime Victims' Rights Act and whether he agrees with the form and content of the posting and advertisement.

DATED this 24th day of May, 2018.

*[signature: James G. Haddon]*

SAM E. HADDON
United States District Judge

-1-