

FILED

MAY 29 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-04-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| THOMAS RESSLER, | |
| Defendant. | |

This matter is before the Court on the United States' Unopposed Motion for Alternative Victim Notification Procedures[1] and the parties' Joint Proposal for Alternative Victim Notification Procedure.[2] Upon review and assessment of the record, the Court has determined that the means of notifying potential victims as set forth below constitutes a "reasonable procedure" to give effect to and ensure compliance with the notice provisions of the Crime Victims' Rights Act.

---

[1] Doc. 13.
[2] Doc. 16.

1

ORDERED:

As authorized by 18 U.S.C. 3771(d)(2), the United States is authorized to comply with 18 U.S.C. 3771(a) by:

1. Information to be made available to victims and potential victims in this case was posted on the public website of the U.S. Department of Justice's Consumer Protection Branch. The information as posted included: (1) the name of the case and cause number (*United States of America v. Thomas Ressler*, CR 18-04-H-SEH, in the United States District Court for the District of Montana, Helena Division); (2) the sentencing date; (3) contact information for the victim witness coordinator at the U.S. Attorney's office for the District of Montana; (4) sentence hearing location; and (5) relevant court documents—the Information, Plea Agreement and Offer of Proof.

2. The posted information on the public website of the U.S. Department of Justice's Consumer Protection Branch shall be supplemented to include a list of all known fictitious entity names used by Defendant Ressler and his co-conspirators Ryan Young and Ercan Barka (aka "John Barka").

3. The website posting shall be amended in relevant part to read "Under the 'Justice for All Act of 2004,' codified at 18 U.S.C. § 3771, a crime victim has specified rights. More information regarding such rights can be found at 18 U.S.C. § 3771."

4. An advertisement shall be placed in *USA Today* at least one week prior to the sentencing hearing scheduled for June 12, 2018, providing information about CR 18-04-H-SEH. The advertisement shall:

    a. Include the name of the case and cause number (*United States of America v. Thomas Ressler*, CR 18-04-H-SEH, in the United States District Court for the District of Montana, Helena Division), the sentencing date, and contact information for the victim witness coordinator at the U.S. Attorney's office for the District of Montana;

    b. Include the 30 most successful fictitious entity or payee names used by Defendant Ressler and his co-conspirators in the mail fraud scheme charged in the criminal Information[3] in Cause CR 18-04-H-SEH; and

    c. Shall direct victims and potential victims to the public website of the U.S. Department of Justice's Consumer Protection Branch for more information about the case as addressed in paragraphs 1 and 2 of this Order.

DATED this 29th of May, 2018

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 1.